UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:18-cr-260-7 |
| ) | |
| TREVOR AINES, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING LEAVE OF ABSENCE

Defendant, TREVOR AINES's counsel, STEPHANIE O. BURGESS, having filed her Motion for Leave of Absence and having served all parties thereto;

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: July 12, 2019, July 20, 2019 – July 27, 2019, September 18, 2019 – September 21, 2019, October 18, 2019 – October 28, 2019, and December 3, 2019 – December 6, 2019, is GRANTED.

This 27th day of June, 2019.

CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA